# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| KENNETH LLOYD DRUMMOND, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> CIRCUIT COURT OF WALKER ) </br> COUNTY, ALABAMA, ) </br> ) </br> Defendant. ) | Case No.  6:15-cv-01512-AKK-SGC |

## **MEMORANDUM OPINION**

The magistrate judge filed a report on November 19, 2015, recommending this action be dismissed without prejudice for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).  Doc. 5.  Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, the plaintiff has failed to file objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failure to state a claim on which relief may be granted.  A final judgment will be entered.

The pending motion for appointment of counsel, Doc. 1-7, is **DENIED** as moot.

**DONE** the 23rd day of December, 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE